UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------- X

MIRIAM RIBIAT, DOV BEAR RIBIAT, GITI RIBIAT,
*individually and on behalf of her minor children*, Y.R.,
E.R., B.R., Y.S.R., P.R., E.R., N.M.R., N.M.; and
YISROEL MEIR RIBIAT, *individually and on behalf of*
*his minor children*, Y.R., E.R., B.R., Y.S.R., P.R., E.R.,
N.M.R., N.M.
Kalanit 14
Givat Zeev, Jerusalem
Israel;

Case. No.

25-cv-_____

**COMPLAINT**

Plaintiffs,

v.

THE SYRIAN ARAB REPUBLIC
c/o Asaad Hassan al-Shybani
Ministry of Foreign Affairs
Damascus, Syria,

Defendant.

-------------------------------------------------------------------- X

Plaintiffs Miriam Ribiat, Dov Bear Ribiat, Giti Ribiat and Yisroel Meir Ribiat, individually

and on behalf of their minor children, Y.R., E.R., B.R., Y.S.R., P.R., E.R., N.M.R. (collectively

"Plaintiffs"), by and through undersigned counsel, complain of Defendant The Syrian Arab

Republic ("Syria" or "Defendant"), alleging and stating as follows upon information and belief:

**NATURE OF ACTION**

1.      This is a civil action for personal injury and related torts pursuant to the Foreign

Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1602, *et seq*., arising from a November 23, 2022

ISIS combined terror attack in Jerusalem in which 19 people were injured and two murdered ("Jerusalem Terrorist Attack").

2.      For many years, ISIS was part of al-Qaeda. Al-Qaeda later separated from ISIS because it found ISIS too brutal and extreme.

3.      Known at various times as the "al-Zarqawi Network," "al-Qaida in Iraq," "Islamic State," "Islamic State in Iraq," "Islamic State in Iraq and the Levant," "Islamic State in Iraq and Syria," "Daesh,"[1] "IS," "ISIL," and other official and unofficial names, ISIS has been a designated Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act, § 8 U.S.C. § 1189, since 2004.

4.      By the time of Jerusalem Terrorist Attacks, ISIS had become one of the largest and most widely recognized and feared terrorist organizations in the world.

5.      At the time of the Jerusalem Terrorist Attacks, ISIS was operating with the material support of the Syrian Arab Republic ("Syria").

6.      Then Syrian President Bashar al-Assad (hereinafter "Assad") and his security apparatus helped create and thereafter greatly assisted ISIS, which it propped up as a sham opponent in the Syrian civil war to bolster Syria's negotiating power vis-à-vis world powers that had been seeking an end to the Assad regime.

7.      Assad's plan was to cooperate with ISIS to destroy the moderate opposition to Assad, leaving ISIS as his only opponent in the Syrian civil war. Forced to choose between Assad and ISIS, Assad reasoned that the world powers would choose Assad.

---

[1] Daesh is an Anglicization of the Arabic acronym for ad-Dawlah al-Islamiyah fil-'Iraq wash-Sham. Its literal meaning is Islamic State in Iraq and the Levant, but it is also a homophone with the Arabic words *daes* ("one who crushes something underfoot") and *dahes* ("one who sows discord"). It is seen as a pejorative description of ISIS.

8.      At all times relevant to this Complaint, Syria provided material support to ISIS, such as financial support, provision of materiel, and military air support.

9.      Over this same period, Syria also provided direct instructions to ISIS through embedded intelligence officers

10.     ISIS's Terrorist Attacks in which it wounded Y.R., E.R., B.R., Y.S.R. benefited Syria in that it shifted the focus of the world powers opposing the Assad Regime from Syria and on to its closest ally, ISIS.

## THE PARTIES

11.     Plaintiff Y.R., who was wounded in the Jerusalem Terrorist Attacks, at all times relevant hereto, is a citizen of the United States and is domiciled in Israel.

12.     Plaintiff E.R., who was wounded in the Jerusalem Terrorist Attacks, at all times relevant hereto, is a citizen of the United States and is domiciled in Israel.

13.     Plaintiff B.R., who was wounded in the Jerusalem Terrorist Attacks, at all times relevant hereto, is a citizen of the United States and is domiciled in Israel.

14.     Plaintiff Y.S.R., who was wounded in the Jerusalem Terrorist Attacks, at all times relevant hereto, is a citizen of the United States and is domiciled in Israel.

15.     Plaintiff Giti Ribiat ("Giti") at all times relevant thereto, the mother of Y.R., E.R., B.R., and Y.S.R., is a citizen of the United States and is domiciled in Israel. She also brings claim on behalf of her other minor children, P.R., E.R., and N.M.R.

16.     Plaintiff Yisroel Meir Ribiat ("Yisroel Meir") at all times relevant thereto, the father of Y.R., E.R., B.R., and Y.S.R., is a citizen of the United States and is domiciled in Israel. He also brings claim on behalf of his other minor children, P.R., E.R., and N.M.R.

17.     Giti and Yisroel Meir have three additional children, Plaintiff Miriam Ribiat and Plaintiff Dov Bear Ribiat and Plaintiff N.M., that at all times relevant hereto, are citizens of the United States domiciled in Israel.

18.     Defendant Syria is and was, at all times relevant hereto, a foreign state within the meaning of 28 U.S.C. § 1603, designated continuously since 1979 as a state sponsor of terrorism pursuant to section 6(j) of the Export Administration Act of 1979 (50 U.S.C. § 2405(j)).

19.     Syria, through its political subdivisions, agencies, instrumentalities, officials, employees and agents knowingly provided ISIS with material support and resources, for acts of extrajudicial killing within the meaning of 28 U.S.C. §§ 1605(a)(7), 1605A(a)(1), including these Terrorist Attacks, and performed other actions that enabled, facilitated and caused these Terrorist Attacks and harm to the plaintiffs herein.

20.     According to the State Department's 2014 Country Reports on Terrorism,

> Syrian government awareness and encouragement for many years of violent extremists' transit through Syria to enter Iraq, for the purpose of fighting Coalition Troops, is well documented. Syria was a key hub for foreign fighters en route to Iraq. Those very networks were the seedbed for the violent extremist elements, including ISIS, which terrorized the Syrian and Iraqi population in 2014 and—in addition to other terrorist organizations within Syria—continued to attract thousands of foreign terrorist fighters to Syria in 2014....
>
> As part of a broader strategy during the year, the regime still attempted to portray Syria itself as a victim of terrorism, characterizing all of its armed opponents as "terrorists."

U.S. DEP'T STATE, BUREAU OF COUNTERTERRORISM, COUNTRY REPORT ON TERRORISM 2014, 288 (2015), http://www.state.gov/documents/organization/239631.pdf.

-4-

21.     The U.S. Department of State has stated that Assad was "actively seeking to bolster [ISIS] for his own cynical reasons," namely to make his administration the more palatable alternative to ISIS—both for the global powers that oppose him and for his own citizens.[2]

## JURISDICTION AND VENUE

22.     This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1330-1332, 1367, 1605A(a) and 18 U.S.C. §§ 2333(a) and 2334(a).

23.     Personal jurisdiction over the defendant will be established once the defendant is properly served pursuant to 28 U.S.C.§§ 1330(b) and 1608(a). Venue is proper in this Court pursuant to 28 U.S.C. § 1391(f)(4), the rule of pendent venue and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

## FACTUAL ALLEGATIONS

### A.     Islamic State in Syria

24.     In the late 1980's, Abu Musab al-Zarqawi ("al-Zarqawi") left his native Jordan and traveled briefly to Afghanistan to join radical Islamists then fighting Soviet forces.

25.     When he returned to Jordan, al-Zarqawi adopted a goal of overthrowing the Jordanian monarchy to establish an Islamic state in Jordan, and he formed a local radical Islamist group called *Jund al-Sham*.

26.     In 1992, when a cache of guns and explosives was discovered in his home, al-Zarqawi was arrested and imprisoned in Jordan.

---

[2] Ruth Sherlock & Raf Sanchez, *US Accuses Assad Regime of Helping Islamic State by Targeting Rival Rebels in Strike*, TELEGRAPH, June 2, 2015, http://www.telegraph.co.uk/news/worldnews/islamic-state/11645434/US-accuses-Assad-regime-of-helping-Islamic-State-by-targeting-rival-rebels-in-strikes.html.

27.    After his release from prison in 1999, al-Zarqawi returned to Afghanistan, where he met with *al-Qaeda* leader Osama Bin-Laden ("Bin-Laden") and reportedly received $200,000 in "seed money" from Bin-Laden to establish a *jihadi* training camp near the border of Iran.

28.    Al-Zarqawi attracted his own followers and formed a new radical Islamist terrorist group called "*Jam'at al Tawhid wa'al-Jihad*" ("The Monotheism and *Jihad* Group"), popularly known as "*al-Tawhid*" or "The Zarqawi Network."

29.    Al-Zarqawi's *al-Tawhid* was based upon a radical Sunni Islamist belief that violent attacks on non-believers, heretics, and apostates are not only justified, but religiously mandated. Al-Zarqawi taught that these attacks would lead to the establishment of an Islamic state and accelerate a global apocalyptic battle in which Islam would ultimately triumph and govern the world.

30.    In January 2004, al-Zarqawi reportedly sought to be recognized by Bin-Laden as an official part of *al-Qaeda's* global *jihadi* movement, but without success.

31.    Among the purported reasons for Bin-Laden's reticence about al-Zarqawi was the latter's open brutality, as well as al-Zarqawi's uncompromising hostility toward Shi'a Muslims.

32.    In late 2004, al-Zarqawi received the official recognition he sought: on October 17, 2004, al-Zarqawi declared allegiance to Bin-Laden in an official online statement, and *al-Qaeda* accepted and publicized al-Zarqawi's oath to Bin-Laden in its online magazine *Mu'askar al-Battar* on October 25, 2004.

33.    Al-Zarqawi changed his group's name to "*Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn*" ("Organization of *Jihad's* Base in the Land of Two Rivers [Iraq]"), and it became commonly known as "*al-Qaeda* in Iraq."

34.     *Al-Qaeda* in Iraq distinguished itself through its military effectiveness, brutality against rival Sunni factions, and gruesome murders of Shiite civilians.

35.     Its methods caused a backlash within Sunni enclaves, which formed militia groups that often cooperated with U.S. forces against *al-Qaeda* in Iraq.

36.     *Al-Qaeda* in Iraq eventually lost the support of *al-Qaeda* "central" and became stigmatized within the Iraqi insurgency and the Sunni community.

37.     Following its loss of influence in Iraq, in January 2006, *al-Qaeda* in Iraq merged with several terrorist groups to create the Mujahadeen Shura Council.

38.     In June 2006, Zarqawi was killed by U.S. forces in Hibhib, Iraq.

39.     In October 2006, the Mujahadeen Shura Council proclaimed the formation of the "*ad-Dawlah al-'Iraq al-Islamiyah*", the Islamic State of Iraq ("ISI"), under the leadership of Abu Ayyub al-Masri and Abu Adullah al-Rashid al-Baghdadi.

40.     In April 2010, Abu Ayyub al-Masri and Abu Adullah al-Rashid al-Baghdadi were killed in a joint U.S.-Iraqi operation, and Abu Bakr al-Baghdadi ("al-Baghdadi") took over leadership of ISI.

41.     In April 2013, having merged with the al-Nusra Front and expanded into Syria, ISI adopted the name Islamic State of Iraq and the Levant.

42.     In *Gates v. Syrian Arab Republic*, 580 F. Supp. 2d 53 (D.D.C. 2008), a federal court found Syria liable for the al-Qaeda in Iraq beheadings of two U.S. civilian contractors in Iraq.

43.     The court found that beginning no later than 2003, Syria provided material support to al-Qaeda in Iraq and Zarqawi including training at facilities in Syria, free passage through Syria accompanied by Syrian intelligence officers, transportation across the Syria-Iraq border, false documents, safe haven in Syria, weapons, and funding.

44.     On October 15, 2004, ISIS's predecessor was designated by the United States Government as a "specially designated global terrorist" ("SGDT"), pursuant to Executive Order 13224, and as a designated "foreign terrorist organization" ("FTO"), pursuant to 8 U.S.C. § 1189.

45.     Its successor organizations, including ISIS, have been continuously designated as SGDTs and FTOs since October 15, 2004. Those designations have been updated from time to time to include ISIS's various names and aliases.

46.     Syria provided and has continued to provide material support to ISIS through each iteration of the group and each generation of leadership, from Zarkawi to al-Masri to al-Baghdadi, facilitating horrific terroristic attacks in Iraq and Syria.

47.     When the Arab Spring came to Syria in January 2011, the Assad Regime came to rely on ISIS for its very existence, as described *infra*.

**B.     Syria's Provision of Material Support and Resources to ISIS**

48.     The Assad Regime deliberately facilitated the creation of ISIS from its precursor groups of ISI and the al-Nusra Front.

49.     The Assad Regime provided ISIS with critical material support at crucial times during its metastasis from an isolated group of terrorists into a terrorist quasi-state that subsequently committed a terror attack against Plaintiffs in Israel.

50.     In January 2011, Syrian citizens began peaceful protests as a response to the region's "Arab Spring."

51.     By March 2011, these protests had evolved into massive anti-governmental opposition rallies and civil disobedience.

52.     By April 2011, Assad's attempts to pacify the protestors had failed and the Syrian government deployed military forces to suppress the opposition movement but failed to do so.

53.     As the situation continued to spiral out of control, the Syrian General Security Directorate released hundreds of Islamist extremists from prison from June to October 2011.

54.     The Islamist extremists released from Syria's prisons by Syria in 2011 constitute the majority of ISIS's current leadership.[3]

55.     According to a former member of the Syrian Military Intelligence Directorate, the Assad Regime did not merely open the door to the prisons and let these extremists out; it facilitated them in their work by helping to create armed brigades.

56.     According to this former Military Intelligence Directorate official, since at least the summer of 2011, Syria has had officers embedded within ISIS and its precursors, as well as within other Islamist groups, operating in Syria. Through these officers, Assad directs attacks against other Islamist groups or even against other branches of the Syrian security services.

57.     This former intelligence officer reported that the Assad Regime wanted to tell the world it was fighting an armed Islamic revolt. It had to create one. There were strong Islamic tendencies to the uprising, so it just had to encourage them.

58.     Another former regime official reported that Syria supplied weapons to these freed prisoners, stating, "this is not something I heard rumors about, I actually heard the orders, I have seen it happening. These orders came down from [Military Intelligence] headquarters in Damascus."[4]

59.     As Affaq Ahmad, the former right hand to Syrian Air Force Intelligence Chief, General Jamil Hasad, explained, this precursor to ISIS justified Assad's use of military force against the civilian

---

[3] Simon Cordall, *How Syria's Assad Helped Forge ISIS*, NEWSWEEK, June 21, 2014, https://www.newsweek.com/how-syrias-assad-helped-forge-isis-255631.

[4] Michael Weiss & Hassan, ISIS: Inside the Army of Terror (2015).

uprising. ISIS thus granted Syria some measure of international legitimacy and simultaneously encouraged Syria's non-Sunni minorities to rally around the Assad Regime.

60.    Since Assad's creation of ISIS's precursor groups as a political foil in 2011, Syria has become one of ISIS's largest trading partners.

61.    ISIS fighters eventually captured the oil fields of eastern Syria.

62.    By January 2013, Syria was purchasing oil from ISIS and its affiliates. [5]

63.    Amos Hochstein, a U.S. State Department official, told the Wall Street Journal on January 19, 2017 that "Daesh's revenue and energy generation is being supported by the Syrian regime," referring to Islamic State by its Arabic acronym.[6]

64.    In a recorded interview on July 2, 2018 for OilPrice.com Razeek Radeek Maksimo, an Azerbaijani national and former senior ISIS commander, told new outlet Kurdistan 24 from a prison in Rojava where he is held by Syrian Kurdish authorities that "Oil and gas obtained by the Islamic State was sold to Turkey and the Syrian regime." [7]

65.    Syria has become a mass consumer for the oil that ISIS plunders. That oil would be worthless to ISIS if it did not have in Syria a willing buyer on a very large scale.[8]

---

[5] CBS News, *U.S.: Syria Buying Millions Dollars of Oil from ISIS*, December 11, 2015, https://www.cbsnews.com/video/us-syria-buying-millions-of-dollars-in-oil-from-isis/

[6] *See* https://www.wsj.com/articles/islamic-state-steps-up-oil-and-gas-sales-to-assad-regime-1484835563

[7] *See* https://oilprice.com/Geopolitics/Middle-East/Confirmed-ISIS-Sold-Oil-To-Assad-Turkey.html#. Video of his interview can be seen at https://www.kurdistan24.net/en/news/78f3aed3-9dff-4fd4-9d5d-49e0c3a42cd2

[8] *See* for example, NPR, *Why Syria's Oil Matters*, October 31, 2019, https://www.npr.org/2019/10/31/775142854/opinion-syria-s-oil-production-is-low-but-here-s-why-it-matters ("ISIS was able to turn the barrels under its control into money, smuggling them into Turkey, selling in local markets — and selling to the Assad regime.")

66.     Considering the array of forces aligned against ISIS and the geographical constraints on its trade, it is likely that Syria is the *only* buyer of very large volumes of ISIS's oil.

67.     The Assad Regime also provides ISIS with the critical technical expertise required to run some of the oil and gas installations controlled by ISIS.

68.     Syria thus enables ISIS to possess the oil fields, operate them to produce a marketable product, and sell that product (by serving as ISIS's sole large-scale buyer).

69.     Commenting on Syria's commercial and logistical support for ISIS, UK Foreign Secretary stated that "Assad's 'war' on ISI[S] is a sham and that he supports them financially."[9]

70.     According to Danny Glaser, Assistant Secretary for Terrorist Financing at the U.S. Treasury Department, "the Assad regime needs the oil, ISIS needs the cash, and they're willing to do business even as they're fighting each other."[10]

71.     In October 2014, the Undersecretary of the Treasury Department, David Cohen, said that oil commerce is a key source of ISIS's operating revenue, earning "at least" $1 million per day from its oil.[11]

72.     In March 2015, the European Union imposed sanctions against George Haswani, a Syrian businessman, for providing material support to the Assad Regime through his role as a middleman in deals for the purchase of oil from ISIS by the Syrian Regime.

---

[9] Natasha Bertrand, *Revealed: The oil middleman between the Syrian regime and ISIS*, BUSINESS INSIDER, Mar. 7, 2015, https://www.businessinsider.com/revealed-the-oil-middleman-between-the-syrian-regime-and-isis-2015-3.

[10] BBC Two, *This World*, *World's Richest Terror Army*, https://www.bbc.co.uk/programmes/b05s4ytp (television broadcast on Apr. 22, 2015).

[11] NBC News, *Syrian Regime, Iraqi Kurds Among Those Buying ISIS Oil: Official*, Oct. 23, 2014, https://www.nbcnews.com/news/world/syrian-regime-iraqi-kurds-among-those-buying-isis-oil-official-n232381.

73.     On November 25, 2015, the United State Treasury designated several Syrian individuals, including George Haswani and several entities for providing support to the Syrian government, including acting as middlemen for oil purchases by Damascus from ISIS.[12]

74.     According to news reports, sales of oil by ISIS to the Assad regime amounted to $40,000,000 monthly.[13]

75.     Syria's support for ISIS is not merely commercial. Syria provides ISIS military support as well.

76.     Assad's occasional military strikes on ISIS are a sham. He does not seek to root out ISIS. To the contrary, the purpose of those strikes is to bolster ISIS's position.

77.     ISIS defectors have confirmed that Assad's war on ISIS is a sham, reporting that they slept soundly knowing that Syrian airstrikes would be used to target their opponents, not them.

78.     In June 2015, the United States Department of State found that Syria was launching airstrikes on behalf of ISIS during its advance on Aleppo.[14] These airstrikes were part of a joint effort by the Assad Regime and ISIS to retake Aleppo from a coalition of Islamist and moderate rebel groups.

79.     At all times relevant to this Complaint, the Assad Regime and Syria knew ISIS and its precursors were FTOs.

---

[12] Press Release, U.S. Department of the Treasury, Treasury Sanctions Network Providing Support to the Government of Syria for Facilitating Syrian Government Oil Purchases from ISIL, November 25, 2015. https://www.treasury.gov/press-center/press-releases/Pages/jl0287.aspx#.XeFUrByRYA4.twitter.

[13] Jack Moore, *ISIS's Multimillion-Dollar Oil Deals With Assad Regime Uncovered in U.S. Special Forces Raid*, April 26, 2016 https://www.newsweek.com/isis-oil-deals-assad-regime-revealed-us-special-forces-raid-452426

[14] Erica Wenig, *US Embassy Accuses Syrian Regime of Supporting ISIS Advance*, THE DAILY CALLER, June 2, 2015, http://dailycaller.com/2015/06/02/us-embassy-accuses-syrian-regime-of-supporting-isis-advance/.

80.     At all times relevant to this Complaint, the Assad Regime and Syria were aware that ISIS's mission is to create a global Islamic state by any means necessary, including using violence against innocent civilians.

81.     Prior to the Jerusalem Terrorist Attacks, the Assad Regime and Syria were aware that monies and non-monetary support given by Syria to ISIS would be and was used by ISIS to carry out terror attacks, including the Brussels, Istanbul, Jerusalem and Paris Terrorist Attacks.

82.     The Assad Regime and Syria were aware before Jerusalem Terrorist Attacks, that the financial and other support provided by the Assad Regime and Syria to ISIS would be and was used by ISIS to facilitate and carry out terror attacks.

83.     The Assad Regime and Syria were aware before the Jerusalem Terrorist Attacks, that the financial and other support provided by the Assad Regime and Syria to ISIS was used by ISIS to purchase components necessary to make suicide bombs, to provide food and shelter to ISIS members, to provide for the families of suicide bombers, to pay for the funerals of suicide bombers, to promote and recruit members for ISIS for the purpose of carrying out terror attacks and to train ISIS members so they could carry out terror attacks.

84.     On June 28, 2023 the District Court in North Carolina found the defendant, The Syrian Arab Republic, responsible for a series of ISIS attacks perpetrated in Europe and the Middle East that had resulted in the murder and grievous injuries of American citizens. The District Court found that the Defendant's financial support of the terrorist group, was a substantial factor in its ability to attack, and made it liable for the foreseeable serious harm that had violently occurred: "Plaintiffs' evidence establishes that ISIS carried out the terror attacks in this case that caused extrajudicial killings. Plaintiffs evidence demonstrates that Syria provided material support to ISIS and that such material support bears a causal connection to the success of the Paris, Brussels, Istanbul, and Jerusalem terror attacks. Plaintiffs further provided satisfactory evidence that Syria is legally responsible for each terror

attack due to the longstanding material support Syria provided to ISIS that allowed this group to grow and flourish into a terrorist organization. The evidence demonstrates that each of the victims in these attacks was injured or murdered as part of an intentional ISIS plan to injure or murder citizens in order to intimidate a civilian population and/or affect government policies. Moreover, the evidence establishes the extrajudicial killings were a reasonably foreseeable consequence of Syria's material support of ISIS, especially since Syria was well aware that ISIS is a violent terrorist organization. In sum, jurisdiction over Syria is consistent with § 1605A(a), the state-sponsored terrorism exception to sovereign immunity, and the U.S. citizen Plaintiffs have provided evidence satisfactory to the Court in support of their private cause of action for damages under § 1605A(c)." *Cain-Baabe et. al v. The Syrain Arab Republic,* 679 F. Supp 3d 303 (E.D.N.C. 2023).

## C.     The Jerusalem Terrorist Attacks

85.     Shortly thereafter, on November 23, 2022, ISIS carried out a combined terrorist attack in Jerusalem, injuring 19 people, including the Plaintiffs, and murdering 2 people.

86.     At 7:06AM, the Terrorist, Eslam Froukh, hid an explosive device near bus station at the entrance of Jerusalem that exploded after activating it remotely, which lead to the immediate death of one person and injury of 11 people.

87.     At around 7:35AM another explosion occurred at a different bus station at Ramot Junction in Jerusalem.

88.     This Terrorist Attack was intended: a) to intimidate and coerce the civilian population of Israel, the United States, and other countries engaged in activities against ISIS; b) to influence the policies of these governments by intimidation and coercion; and c) to affect the conduct of these governments by mass destruction, assassination, and kidnapping.

89.     Indeed, a major component of these attacks was the messaging disseminated by ISIS prior to, during, and after the events, in which ISIS stated its reasons for committing the terrorist attacks against these countries' civilians.

90.     These attacks involved extensive planning, recruiting, organization, training, preparation, coordination, and funding.

91.     They also involved private communications between ISIS members as well as public communications to intensify the fear and intimidation that ISIS intended to inflict by these mass casualty attacks.

92.     Froukh intended to strike as many people as possible, to kill and injure them. The explosives were placed in bags that also contained nails and pieces of metal in order to injure as much as possible when flying in the air.

93.     As a result of the terror attack, two people were murdered, one on impact and another from his wounds a few days later and 19 people were injured, including Y.R., E.R., B.R., and Y.S.R.

94.     The terrorist identified with the ideology of the Islamic State, disseminated its propaganda and ideology among those close to and around him, and believed in the establishment of an independent Islamic caliphate.

## FIRST CLAIM FOR RELIEF
## FOR DAMAGES UNDER 28 U.S.C. § 1605A(c)

95.     The allegations set forth in the preceding paragraphs are incorporated by reference as though fully set forth herein.

96.      Syria is a foreign state that since 1979 has continuously been designated as a state sponsor of terrorism within the meaning of 28 U.S.C. § 1605A, and was designated as a state sponsor of terrorism at the time of the events that give rise to this complaint.

97.      If Syria's designation as a state sponsor of terrorism has been removed, this action has been commenced within six months of such removal.

98.      Syria provided material support and resources to ISIS, within the meaning of 28 U.S.C. § 1605A, which caused and facilitated the Brussels, Jerusalem, Istanbul and Paris Terrorist Attacks.

99.      The Jerusalem Terrorist Attacks were an act of extrajudicial killing within the meaning of 28 USC § 1605A.

100.    The Jerusalem Terrorist Attacks did not occur within Syrian territory.

101.    Y.R., a United States citizen, was injured during the Jerusalem Terrorist Attacks.

102.    E.R., a United States citizen, was injured during the Jerusalem Terrorist Attacks.

103.    B.R., a United States citizen, was injured during the Jerusalem Terrorist Attacks.

104.    Y.S.R., a United States citizen, was injured during the Jerusalem Terrorist Attacks.

105.    The Jerusalem Terrorist Attacks that caused injuries to Y.R., E.R., B.R. and Y.S.R., causes Giti, Yisroel Meir, Miriam, Dov Bear, E.R., N.M.R and N.M., who are all U.S. citizens, severe injury including loss of guidance, loss of companionship and society, loss of solatium, severe emotional distress and mental anguish because Y.R., E.R., B.R. Y.S.R. and N.M. have and continue to suffer due to the injuries they sustained in the Jerusalem Terrorist Attacks.

106.    As a direct and proximate result of the conduct of Syria, Plaintiffs suffered the injuries and harm described herein.

107.    Alternatively, Syria conspired with and aided and abetted ISIS within the meaning of 28 U.S.C. § 1605A, 1606, to enable ISIS's acts of extrajudicial killing complained of here.

108.    Syria is therefore liable under 28 USC § 1605A(c) for the full amount of Plaintiffs' damages.

109.    The conduct of the Defendant was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages under 28 U.S.C. § 1605A(c).

## SECOND CLAIM FOR RELIEF
## FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### (Under 28 U.S.C. § 1605A(a) and common law)

110.    The allegations set forth in the preceding paragraphs are incorporated by reference as though fully set forth herein.

111.    Defendant's conduct was willful, outrageous and dangerous to human life, and violates applicable criminal law, all international standards of civilized human conduct and common decency.

112.    Defendant intended to, and did in fact, terrorize the plaintiffs, and cause them egregious emotional distress.

113.    The Jerusalem Terrorist Attacks constitute extreme and outrageous conduct with the intent to inflict emotional distress upon the victims and their families.

114.    ISIS subjected Y.R., E.R., B.R. and Y.S.R. to severe physical injury and risk of death.

115.    Upon learning of the Jerusalem Terrorist Attacks, Plaintiffs Giti, Yisroel Meir, Miriam, Dov Bear, E.R., P.R. N.M.R. and N.M. suffered severe emotional distress in worrying

about Y.R., E.R., B.R. and Y.S.R's safety and wellbeing. They have suffered severe psychological injury that continues to this day.

116.    ISIS intended to, and did in fact, terrorize the plaintiffs, and cause them egregious emotional distress.

117.    As a result of and by reason of the Jerusalem Terrorist Attacks, which were caused by the actions of the Defendant described herein, the Plaintiffs have suffered and will continue to suffer terror, severe mental anguish, and injury to their feelings.

118.    Syria provided material support and resources to ISIS, within the meaning of 28 U.S.C. § 1605A, which caused and facilitated the Jerusalem Terrorist Attacks.

119.    As a direct and proximate result of the conduct of Syria, Plaintiffs suffered the injuries and harm described herein.

120.    The Defendant is therefore liable for the full amount of Plaintiffs' damages.

121.    The conduct of the Defendant was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages.

## JURY DEMAND

122.    Plaintiffs demand a trial by jury of all issues legally triable to a jury.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiffs demand judgment against the Defendant as follows for:

(a)    Judgment against the defendant for compensatory damages, including solatium damages, in an amount to be determined at trial;

(b)    Judgment against the defendant for punitive damages in an amount to be determined at trial;

(c)     Pre-judgment interest to the extent permitted by law;

(d)     Plaintiffs' costs and expenses to the extent permitted by law; and

(e)     Plaintiffs' attorneys' fees to the extent permitted by law.


Dated: Brooklyn, New York
       July 8, 2025

**THE BERKMAN LAW OFFICE, LLC**
*Attorneys for Plaintiffs*


By:_____
        Robert J. Tolchin

829 East 15th Street, Box 7
Brooklyn, New York 11230
(718) 855-3627
rtolchin@berkmanlaw.com